# Marco & Sitaras, PLLC
### Attorneys at Law
#### New York and New Jersey

MAIN OFFICE AND MAILING ADDRESS
33 Whitehall Street, 16th Floor
New York, New York 10004
Telephone:   212.430.6410
Facsimile:    917.677.8276

pscutero@gmgslaw.com

Satellite Office
825 East Gate Blvd., Suite 308
Garden City, New York 11530

February 20, 2014



**VIA FACSIMILE AND OVERNIGHT MAIL**
Magistrate Judge Lisa Margaret Smith
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

Re:  *Synagro Northeast, LLC v. Mace Contracting Corp., et al.*
     Case No. 7:12-CV-02251

Dear Magistrate Smith:

We represent Synagro Northeast, LLC ("Synagro") in the above referenced case. We are writing to request that the Court extend Synagro's deadline to submit its damages' calculation from February 21, 2014 to March 7, 2014.

The parties are actively seeking to resolve the remaining issues in this case and have made good progress with that effort. At this time, the parties prefer to continue their negotiations without a Court settlement conference. The parties wish to revisit the need for a settlement conference and report the status of their discussions to the Court by next Wednesday, February 26, 2014. Under these circumstances, Synagro requests that the deadline to submit its damages calculation be extended two (2) weeks to March 7, 2014. Defendants Mace Contracting Corp. and Colonial Surety Company have consented to this request. Thank you for your time and attention to this matter.

Respectfully submitted,

Peter Scutero

Cc:  Michael Delaney, Esq. (via e-mail)
     Arthur Semetis, Esq. (via e-mail)

So Ordered:
Hon. Lisa Margaret Smith, USMJ
2/21/14